IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 5:12CR00014 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTONIO DEMETRIUS WILLIAMS | ) | By: Michael F. Urbanski |
| Defendant. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Williams' motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 583) will be set for evidentiary hearing;

2. The Clerk will appoint counsel to represent Williams at the hearing;

3. The Clerk will schedule the evidentiary hearing and arrange for Williams to appear at the hearing by video conference from his place of incarceration; and

4. Williams' appointed habeas counsel may file a supplemental brief addressing the issues raised in Williams' motion thirty (30) days before the date the evidentiary hearing is scheduled. The government may file any brief in response fourteen (14) days after service of Williams' supplemental brief.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 15 day of November, 2016.

/s/ Michael F. Urbanski
United States District Judge